34545.   THOMPSON *v.* THE STATE.

TOWNSEND, J.   "Presence of a person at a distillery where intoxicating liquor is being made, and his flight on seeing an officer approaching, may, when not satisfactorily explained, authorize a jury to find him guilty of making such liquor. Whether an attempted explanation of such presence and conduct is reasonable and satisfactory is a question for the jury." *Smith* v. *State,* 46 *Ga. App.* 351 (167 S. E. 714); *Flint* v. *State,* 29 *Ga. App.* 222 (114 S. E. 585); *Yonce* v. *State,* 154 *Ga.* 419 (114 S. E. 325); *Chester* v. *State,* 74 *Ga. App.* 667 (41 S. E. 2d, 162); *Houston* v. *State,* 81 *Ga. App.* 551 (59 S. E. 2d, 290); *Johnson* v. *State,* 79 *Ga. App.* 210 (3) (53 S. E. 2d, 498); *Akin* v. *State,* 66 *Ga. App.* 582 (18 S. E. 2d, 566); *Weaver* v. *State,* 50 *Ga. App.* 178 (1) (177 S. E. 349); *Nelson* v. *State,* 84 *Ga. App.* 596 (5) (66 S. E. 2d, 751).

*Judgment affirmed.   Gardner, P. J., and Carlisle, J., concur.*

DECIDED MARCH 13, 1953.

*Thomas M. Odom,* for plaintiff in error.
*Walter Usher, Solicitor-General,* contra.